```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

           v.                            16 CR. 200 (AKH)

GUSTAV KALOSZEWSKI,

                Defendnt.

------------------------------x
```

                                              New York, N.Y.
                                              March 23, 2016
                                              11:15 a.m.

Before:

                    HON. ALVIN K. HELLERSTEIN,

                                              District Judge

                              APPEARANCES

PREET BHARARA
     United States Attorney for the
     Southern District of New York
GINA CASTELLANO
JONATHAN ABERNETHY
     Assistant United States Attorney

PATRICK JOYCE
     Attorney for Defendant

NICOLE WAKNINE
     Attorney for Defendant

                    SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300

1        (Case called)
2        THE COURT:  So we have Gina Castellano for the
3   government.
4        MS. CASTELLANO:  Yes, your Honor.
5        THE COURT:  And Patrick Joyce and Nicole?
6        MS. WAKNINE:  Waknine for the defendant.
7        THE COURT:  And Mr. Kaloszewski.
8        THE DEFENDANT:  Did you say Kaloszewski, the European
9   pronunciation?
10       THE COURT:  What do you like?
11       THE DEFENDANT:  Kaloszewski.
12       THE COURT:  You got it.
13       Where are we at, Ms. Castellano?
14       MS. CASTELLANO:  I'd ask for two more weeks to
15  complete discovery, and I believe the parties would like to
16  come back on April 19.
17       THE COURT:  Tell me a little bit about what the case
18  is about.
19       MS. CASTELLANO:  Sure, your Honor.  The defendant is
20  charged with conspiracy to commit firearms trafficking,
21  substantive firearms trafficking, as well as interstate
22  transportation of firearms.
23       THE COURT:  What's the proof?
24       MS. CASTELLANO:  Sure.  Law enforcement conducted two
25  controlled purchases of firearms here in New York.

1     THE COURT:  What were the firearms?

2     MS. CASTELLANO:  There are approximately 13 firearms.

3     THE COURT:  What was the nature of the firearms?

4     MS. CASTELLANO:  One second, your Honor.  A

5  semiautomatic AR-15 rifle, .30 caliber semiautomatic rifle --

6     THE COURT:  Serious stuff?

7     MS. CASTELLANO:  Yes, your Honor.  What they refer to

8  as drum-style magazines, very large magazines.

9     THE COURT:  Drug style?

10    MS. CASTELLANO:  Drum.  The proof also includes, as I

11 mentioned, a number of recorded phone calls to Mr. Kaloszewski

12 discussing the firearm sales.

13    THE COURT:  Where were these things done?

14    MS. CASTELLANO:  Mr. Kaloszewski was in Florida at the

15 time of the phone calls.  And, at the time of his arrest, he

16 was working with coconspirators who were selling the firearms

17 here.

18    THE COURT:  Here in New York?

19    MS. CASTELLANO:  In New York.

20    THE COURT:  In the Southern District?

21    MS. CASTELLANO:  In the Southern District and

22 splitting the proceeds with Mr. Kaloszewski.  And there was

23 also prerecorded buy money that was the alleged proof.

24    THE COURT:  How much time do you need, Mr. Joyce?

25    MR. JOYCE:  Judge, I believe the discovery is going to

1    be completed in two weeks.  I'd ask that we come back on
2    April 19 so I can report to the Court, what, if any, motions
3    we'll be filing.
4             THE COURT:  So we'll have the next session on April 19
5    at 11:30.  Mr. Joyce, I'll expect at that time if you have any
6    motions, you'll declare them and set a briefing schedule with
7    me and the government.  Otherwise, your motions will be waived.
8             MR. JOYCE:  Fine.  I'll be ready on that day,
9    your Honor.
10            THE COURT:  Does the government have a motion?
11            MS. CASTELLANO:  Yes, your Honor.  To exclude time
12   until the 19th to allow the defense to begin to review
13   discovery and for preparation of motions.
14            THE COURT:  Without objection?
15            MR. JOYCE:  No objection.
16            THE COURT:  Without objection.  So ordered.
17            MR. JOYCE:  Thank you.
18            THE COURT:  Thank you.
19            (Adjourned)