UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
              :
GUSTAV KLOSZEWSKI,         :       **ORDER REGARDING**
              :       **CERTIFICATE OF**
                    Petitioner,    :       **APPEALABILITY**
              :
   -against-              :       20 Civ. 3998 (AKH)
              :       16 Cr. 200 (AKH)
UNITED STATES OF AMERICA,     :
              :
                    Respondent    :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      On July 24, 2020, I entered an order denying Petitioner Gustav Kloszewski's motion to vacate his sentence. I subsequently denied Petitioner's motion for reconsideration on September 29, 2020. The Court declines to issue a Certificate of Appealability because Petitioner has "not made a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c) (2), and because Petitioner has failed to identify a claim that jurists of reason would find debatable as to whether Petitioner was denied such a right. *See Slack v. McDaniel*, 529 U.S. 473, 478 (2000).

      SO ORDERED.

Dated:   New York, New York           _____/s/ Alvin K. Hellerstein_____
         November 6, 2020                 ALVIN K. HELLERSTEIN
                                          United States District Judge

1