UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,                  :
                                           :
                                           :  **ORDER**
    -against-                          :
                                           :  16 Cr 200 (AKH)
GUSTAV KLOSZEWSKI,                         :
                                           :
                    Defendant. :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, UNITED STATES DISTRICT JUDGE:

    Defendant filed a Motion for Sentence Reduction on June 1, 2023.  ECF No. 304.  The Government shall respond no later than August 15, 2023.  Defendant shall reply by August 22, 2023.

    SO ORDERED.

Dated:    July 25, 2023                            ____/s/ Alvin K. Hellerstein_____
           New York, New York              ALVIN K. HELLERSTEIN
                                                      United States District Judge